UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Horizon Global Americas Inc.

　　　　　　　　　Plaintiff(s),　　　　　　　　Case No.  2:17-cv-11879-MOB-SDD

v.　　　　　　　　　　　　　　　　　　　　Judge  Marianne O. Battani

Curt Manufacturing, LLC　　　　　　　　Magistrate Judge  Stephanie Dawkins Davis

　　　　　　　　　Defendant(s).

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,  Horizon Global Americas Inc. _____

makes the following disclosure:  *(NOTE: A negative report, if appropriate, is required.)*

1.　　Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

　　　Yes  ☑　　　No  ☐

　　　If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship
　　　between it and the named party.

　　　Parent Corporation/Affiliate Name:  Horizon Global Corporation (NYSE: HZN)
　　　Relationship with Named Party:  Parent

2.　　Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial
　　　interest in the outcome of the litigation?

　　　Yes  ☐　　　No  ☑

　　　If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

　　　Parent Corporation/Affiliate Name:
　　　Nature of Financial Interest:

Date:  June 13, 2017　　　　　　　　　　s/ Matthew J. Cavanagh
　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　OH 0079522
　　　　　　　　　　　　　　　　　　McDonald Hopkins LLC
　　　　　　　　　　　　　　　　　　600 Superior Ave., East
　　　　　　　　　　　　　　　　　　Suite 2100
　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114
　　　　　　　　　　　　　　　　　　216-348-5730
　　　　　　　　　　　　　　　　　　mcavanagh@mcdonaldhopkins.com