# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Horizon Global Americas Inc., | Case No. 2:17-cv-11879-AC-SDD |
| Plaintiff, | Hon. Avern Cohn |
| v. | |
| CURT Manufacturing, LLC, | |
| Defendant. | |

## STIPULATION REGARDING THE PLEADINGS AND DEADLINES

Plaintiff Horizon Global Americas Inc. ("Horizon") and Defendant CURT Manufacturing, LLC ("CURT") hereby stipulate and agree to:

(a)  grant Horizon leave to file a second amended complaint to add more factual detail to Counts II and III as requested by CURT by March 9, 2018;

(b)  grant Horizon leave to move, plead, or otherwise respond to CURT's counterclaim (ECF # 17) by March 9, 2018;

(c)  grant Curt until March 30, 2018 to move, plead, or otherwise respond to Horizon's second amended complaint.

These stipulations resulted from meet-and-confer calls and emails between counsel for the parties regarding various issues relating to the pleadings.

A proposed order accompanies this motion.

{7251719: }

Dated: February 28, 2018   Respectfully submitted,

By: /s/ J. Michael Huget (per consent)
J. Michael Huget (P39150)
Sarah E. Waidelich (P80225)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108-3330
(734) 418-4200
mhuget@honigman.com
swaidelich@honigman.com

*Attorneys For Defendant and Counterclaimant CURT Manufacturing, LLC*


By: /s/ Matthew J. Cavanagh
David B. Cupar (OH 0071622)
Matthew J. Cavanagh (OH 0079522)
McDonald Hopkins LLC
600 Superior Ave., East, Suite 2100
Cleveland, OH 44114
(216) 348-5400
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

Timothy J. Lowe (P68669)
McDonald Hopkins LLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304
(248) 646-5070
tlowe@mcdonaldhopkins.com

*Attorneys for Plaintiff and Counterclaim Defendant Horizon Global Americas Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 28, 2018, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system, which will cause notice of same to be sent to all counsel of record.

Respectfully submitted,

  s/ Matthew J. Cavanagh
Counsel for Horizon Global Americas Inc.

{7251719: }

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Horizon Global Americas Inc., | Case No. 2:17-cv-11879-AC-SDD |
| Plaintiff, | Hon. Avern Cohn |
| v. | |
| CURT Manufacturing, LLC, | |
| Defendant. | |

## ORDER REGARDING THE PLEADINGS AND DEADLINES

Upon consideration of the stipulation filed by the parties, it is ORDERED as follows:

(a) Horizon is given leave to file a second amended complaint to add more factual detail as requested by CURT by March 9, 2018;

(b) Horizon is given leave to move, plead, or otherwise respond to CURT's counterclaim (ECF # 17) by March 9, 2018;

(c) Curt may have until March 30, 2018 to move, plead, or otherwise respond to Horizon's second amended complaint.

s/Avern Cohn
U.S. DISTRICT JUDGE

Dated:  March 5, 2018

{7251719: }