UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Horizon Global Americas Inc.,

                Plaintiff(s),

v.                                         Case No. 2:17–cv–11879–AC–SDD
                                              Hon. Avern Cohn

Curt Manufacturing, LLC,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 838, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  July 31, 2018 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/M. Verlinde
                                                      Case Manager

Dated:   July 10, 2018