**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Horizon Global Americas Inc. | Case No. 2:17-cv-11879 |
| Plaintiff, | |
| v. | Judge Avern Cohn |
| Curt Manufacturing, LLC | Magistrate Stephanie Dawkins Davis |
| Defendant. | |
| _____/ | |

## Horizon's designation of paradigm patent claims

As required by the Court's Claim Construction Order (ECF #30), plaintiff Horizon Global Americas Inc. designates its paradigm patent claims. Horizon provides this designation solely to comply with the Court's Order, which requires Cequent to select five patents and two claims per patent as paradigm. As such, Horizon is still asserting, and not withdrawing, the other claims in the other Horizon patents identified in the pleadings, and Horizon reserves its right to proceed on those other claims and other patents at the appropriate time.

| *Paradigm Patent* | *Paradigm Claims* |
|---|---|
| 9,522,583 | 1, 4 |
| 9,592,863 | 1, 4 |
| 9,248,713 | 1, 4 |
| 8,179,142 | 1, 31 |
| 6,068,352 | 1, 64 |

{7613605: }

Dated: August 31, 2018

| | |
|---|---|
| Timothy J. Lowe (P68669) | s/ Matthew J. Cavanagh |
| MCDONALD HOPKINS LLC | David B. Cupar (OH 0071622) |
| 39533 Woodward Ave., Suite 318 | Matthew J. Cavanagh (OH 0079522) |
| Bloomfield Hills, Michigan 48304 | MCDONALD HOPKINS LLC |
| t 248.646.5070 │ f 248.646.5075 | 600 Superior Avenue, East, Ste. 2100 |
| tlowe@mcdonaldhopkins.com | Cleveland, Ohio 44114 |
| | t 216.348.5400 │ f 216.348.5474 |
| | dcupar@mcdonaldhopkins.com |
| | mcavanagh@mcdonaldhopkins.com |

*Counsel for Horizon Global Americas Inc.*

## Certificate of Service

The undersigned certifies the above paper was served on counsel for defendant via the Court's ECF system on August 31, 2018.

Michael J. Huget
Sarah E. Waidelich
HONIGMAN LAW FIRM

*Counsel for defendant*
*Curt Manufacturing, LLC*

                                                    s/ Matthew J. Cavanagh
                                                    *One of the Attorneys for plaintiff*
                                                    *Horizon Global Americas Inc.*