# Exhibit A

## Horizon Global Americas Inc.'s Interpretations of Claim Terms
## Identified for Construction by Curt Manufactuing, LLC

**CONSTRUCTION OF CLAIM 1 OF U.S. PATENT NUMBER 6,068,352**

|   | Phrase | Horizon Proposed Interpretation | Curt Proposed Interpretation | Court's Interpretation |
|---|---|---|---|---|
| 1 | a current sensing circuit | No construction necessary. Alternatively, a circuit that senses the level of braking current supplied to the brakes of the towed vehicle through the power circuit. | | |
| 2 | controlling one or more of said indicator lights to indicate that the towed vehicle brakes are or are not properly connected to said power switching circuit | No construction necessary. Alternatively, the microcontroller controls a light that displays a connection error between the power switching circuit in the brake controller and the trailer brakes. | | |

**CONSTRUCTION OF CLAIM 1 OF U.S. PATENT NUMBER 8,179,142**

| | Phrase | Horizon Proposed Interpretation | Curt Proposed Interpretation | Court's Interpretation |
|---|---|---|---|---|
| 1 | microcontroller | No construction necessary. | | |
| 2 | a current sensing device connected to said microcontroller to monitor current flow at said loads | No construction necessary. Alternatively, a circuit connected to the microcontroller that senses current flowing to the trailer lamp light loads. | | |

**CONSTRUCTION OF CLAIM 31 OF U.S. PATENT NUMBER 8,179,142**

| | Phrase | Horizon Proposed Interpretation | Curt Proposed Interpretation | Court's Interpretation |
|---|---|---|---|---|
| 1 | microcontroller | No construction necessary. | | |
| 2 | wherein said input signal from said first vehicle contains information related to two or more parameters of said first vehicle | No construction necessary. Alternatively, the signal coming from the vehicle includes information relating to two or more different qualities. | | |
| 3 | wherein said microcontroller is capable of decoding said input signal and outputting a signal to said second vehicle related to at least one of said two or more parameters of said first vehicle | No construction necessary. Alternatively, the microcontroller can decode at least one of the parameters from the input signal, and can output a signal to the trailer. | | |

**CONSTRUCTION OF CLAIMS 1 AND 4 OF U.S. PATENT NUMBER 9,592,863**

|   | Phrase | Horizon Proposed Interpretation | Curt Proposed Interpretation | Court's Interpretation |
|---|---|---|---|---|
| 1 | a beam engaged with said cross-member about a first axis | No construction necessary. Alternatively, a support connected to a cross-member on a first axis. | | |
| 2 | cross-member isolator dampens longitudinal displacement | No construction necessary. Alternatively, an object that reduces forward and backward movement of the support in the first axis. | | |
| 3 | isolator | "Isolator" does not appear alone in claims 1 or 4. It only appears in the "cross-member isolator" and "wing isolator" terms for which Curt separately seeks construction. No further construction is necessary. | | |
| 4 | wing isolator | No construction necessary. Alternatively, an object between the beam and skid plate that reduces the rotational movement on a second axis. | | |

## CONSTRUCTION OF CLAIMS 1 AND 4 OF U.S. PATENT NUMBER 9,522,583

|   | **Phrase** | **Horizon Proposed Interpretation** | **Curt Proposed Interpretation** | **Court's Interpretation** |
|---|---|---|---|---|
| 1 | a locking member extending through the body member and being axially moveable relative to the body member | No construction necessary. Alternatively, a part that moves up and down through the body member to lock it. | | |
| 2 | first . . . axial position[] | No construction necessary. Alternatively, a first vertical position. | | |
| 3 | second . . . axial position[] | No construction necessary. Alternatively, a second vertical position that is different than the first vertical position. | | |

**CONSTRUCTION OF CLAIMS 1 AND 4 OF U.S. PATENT NUMBER 9,248,713**

| | Phrase | Horizon Proposed Interpretation | Curt Proposed Interpretation | Court's Interpretation |
|---|---|---|---|---|
| 1 | A safety chain engaging device for a towing vehicle having a gooseneck hitch attached | The preamble is not limiting and no further construction is necessary. Alternatively, a device for engaging a safety chain when installed on a vehicle having a gooseneck hitch attached. | | |