## <u>EXHIBIT A</u>

### CURT'S INTERPRETATIONS OF CLAIM TERMS IDENTIFIED FOR CONSTRUCTION BY <u>HORIZON</u>

**Construction of Claim 9 of U.S. Patent No. 7,475,899**

|  | Claim Term | CURT's Proposed Interpretation | Horizon's Proposed Interpretation | Court's Interpretation |
|---|---|---|---|---|
| 1 | "a bar which is linked to the kingpin retention structure" | a bar which is movably connected to the one or more parts which retain the kingpin | | |
| 2 | "[the bar having] at least one latch recess defined therein" | [the bar having] at least one latch indentation or latch opening | | |
| 3 | "an opening on the support frame through which the bar translates" | an opening on the support frame through which the bar changes position | | |
| 4 | "a latch which mates into the latch recess on the bar" | a latch which mates into the latch indentation or latch opening on the bar | | |
| 5 | "[the latch] attaches relative to the opening on the | [the latch] attaches relative to the opening on the support | | |

| | | | |
|---|---|---|---|
| | support frame to prevent the bar from translating" | frame to prevent the bar from changing position | | |
| 6 | "wherein the support frame comprises a bearing which permits movement of the engaged kingpin relative to the bed of the truck into which the hitch is attached" | wherein the support frame includes a portion that carries a supporting force and permits movement of the engaged kingpin relative to the bed of the truck into which the hitch is attached | | |

## Construction of Claim 13 of U.S. Patent No. 7,475,899

| | Claim Term | CURT's Proposed Interpretation | Horizon's Proposed Interpretation | Court's Interpretation |
|---|---|---|---|---|
| 1 | "a bearing structure supporting the kingpin retention structure from the support frame" | a structure with one or more parts that permits movement and carries the supporting force for the structure which retains the kingpin, supporting it from the support frame | | |
| 2 | "permitting both limited fore and aft movement of the kingpin retention | permitting both limited forward and backward movement of the kingpin retention structure | | |

| | | | |
|---|---|---|---|
| | structure relative to the support frame" | relative to the direction the vehicle travels | | |
| 3 | "[permitting] limited side to side movement of the kingpin retention structure relative to the support frame" | [permitting] limited side to side movement of the kingpin retention structure relative to the direction the vehicle travels | | |
| 4 | "the stiffness of the bearing structure for fore and aft movement is different than the stiffness of the bearing structure for side to side movement" | in the structure that carries the supporting force and permits movement, the stiffness in the forward and backward direction is different from the stiffness in the side to side direction | | |