UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORIZON GLOBAL AMERICAS, INC.

        Plaintiff,                                     No. 17-11879

v.                                                District Judge Denise Page Hood
                                                   Magistrate Judge R. Steven Whalen

CURT MANUFACTURING, LLC,

        Defendant.
_____/

**ORDER**

      For the reasons and under the terms stated on the record on May 5, 2020, Plaintiff's Motion to Compel [ECF No. 82] is DENIED.

      IT IS SO ORDERED.

                                                   s/R. Steven Whalen
                                                   R. STEVEN WHALEN
                                                   United States Magistrate Judge

Dated: May 5, 2020

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 5, 2020 electronically and/or by U.S. mail.

                                                   s/Carolyn M. Ciesla
                                                   Case Manager