**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

HORIZON GLOBAL AMERICAS, INC.,          Case No.: 2:17-cv-11879-DPH-CI

      *Plaintiff/Counter-Defendant*,

  v.

CURT MANUFACTURING, LLC,

      *Defendant/Counter-Plaintiff.*

---

## MOTION FOR HEATHER F. AUYANG TO WITHDRAW AS COUNSEL FOR HORIZON GLOBAL AMERICAS, INC.

Pursuant to L.R. 83.25(b)(2), Plaintiff/Counter-Defendant respectfully seeks a Court order permitting the undersigned counsel of record, Heather F. Auyang, to withdraw as counsel for Plaintiff/Counter-Defendant Horizon Global Americas, Inc. Brian Troyer, Christina J. Moser, and Brendan E Clark of Baker & Hostetler, LLP and Robert Michael Azzi of Warner Norcross + Judd LLP will continue to serve as counsel for Plaintiff/Counter-Defendant in this action.

WHEREFORE, Plaintiff/Counter-Defendant respectfully requests that this Court enter an order allowing Heather F. Auyang to withdraw as counsel of record and that her name be removed from the docket and from ECF notifications.

Dated:  March 6, 2024

Respectfully submitted,

*/s/ Heather F. Auyang*
Heather Auyang (CA Bar No. 191776)
heather.auyang@ltlattorneys.com
LTL ATTORNEYS LLP
300 South Grand Ave., Suite 3950
Los Angeles, CA 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

*Counsel for Plaintiff/Counter-*
*Defendant Horizon Global Americas,*
*Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**


HORIZON GLOBAL AMERICAS, INC.,          Case No.: 2:17-cv-11879-DPH-CI

      *Plaintiff/Counter-Defendant,*

  v.


CURT MANUFACTURING, LLC,

      *Defendant/Counter-Plaintiff.*

---

**<u>BRIEF IN SUPPORT OF MOTION TO WITHDRAW</u>**

Heather F. Auyang (Counsel) requests approval to withdraw as Counsel for Plaintiff/Counter-Defendant and states:

1. She will no longer be representing Plaintiff/Counter-Defendant in this action.

2. Her withdrawal will not prejudice Horizon Global because the attorneys of record at the law firms of Baker & Hostetler, LLP and Warner Norcross + Judd LLP will continue to represent Horizon Global in the above-captioned case.

WHEREFORE, the undersigned respectfully requests the entry of an Order from the Court confirming her withdrawal as counsel of record for Horizon Global.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing **MOTION TO WITHDRAW** using the CM/ECF system, which will send notification of such filing to all counsel of record.


Dated: March 6, 2024                    LTL ATTORNEYS LLP

                                        */s/ Heather Auyang*