UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HORIZON GLOBAL AMERICAS, INC., | Case No. 17-11879 |
|     Plaintiff/Counter-Defendant, | Denise Page Hood |
| v. | United States District Judge |
| CURT MANUFACTURING, LLC, | Curtis Ivy, Jr. |
|     Defendant/Counter-Plaintiff. | United States Magistrate Judge |
| _____/ | |

## ORDER FOR EXPEDITED BRIEFING RE: ECF No. 180

Defendant CURT Manufacturing moved to compel production of former Horizon inventor Mr. Stanifer's inventor notebook. (ECF No. 180). CURT asserts that it needs this notebook before the October 11, 2024, expert report deadline. The Court requires expedited briefing to rule on the motion before reports are due. Horizon is **ORDERED** to file its response to the motion before the close of business on Monday, September 30, 2024. CURT's reply, if any, will be before the close of business on Thursday, October 3, 2024.

    **IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R.

Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: September 26, 2024                    s/Curtis Ivy, Jr.
                                            Curtis Ivy, Jr.
                                            United States Magistrate Judge