UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HORIZON GLOBAL AMERICAS, INC., | Case No. 17-11879 |
|     Plaintiff/Counter-Defendant, | Denise Page Hood |
| v. | United States District Judge |
| CURT MANUFACTURING, LLC, | Curtis Ivy, Jr. |
|     Defendant/Counter-Plaintiff. | United States Magistrate Judge |
| _____/ | |

## ORDER STAYING CASE DEADLINES

The parties have given the Court much to consider. CURT asks for leave to amend its counterclaim and to extend discovery by 60 days. (ECF No. 170/171). CURT also moves to compel production of inventor notebook materials. (ECF No. 180). Horizon asks the Court to reconsider an earlier Order based on alleged misrepresentations by CURT to this Court and to Horizon.[1] (ECF No. 190). Horizon also moved to seal several documents. (ECF No. 191). Opening expert reports are due October 11, 2024. The Court cannot rule on the pending motions, some of which affect the expert report deadline, within three days. The Court will **STAY** remaining case deadlines until a ruling on the pending motions. At that time, the Court will revisit case deadline with the parties.

---

[1] The Court is troubled by the allegations of misrepresentation. Should it come clear that CURT misrepresented facts to the Court, sanctions may be considered.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).

Date: October 8, 2024                           s/Curtis Ivy, Jr.
                                                Curtis Ivy, Jr.
                                                United States Magistrate Judge